[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.] MEMORANDUM OF DECISION
The plaintiff demanded:
 (1) Security Deposit of $650 plus interest at 10% for 3 years, 11 months $ 947.15
 (2) Return of rent under C.G.S. § 47a-4 and § 47a-7 for period building not in compliance with building codes (17 months @ $650 per month) $11,050.00
(3) Damage to furniture 650.00
 (4) Breach of covenant of quiet enjoyment and emotional distress (104 days @ $10 per day) $ 1,040.00
(5) Moving expenses $ 126.75
(6) Costs of action:
 Filing Fee $ 185.00 Marshal's Fee Superior Court $ 44.51 __________
TOTAL $14,043.41
The court finds that the plaintiff has proven the following damages:
(1) Return of Security Deposit plus interest $ 947.15
 (2) Return of rent while building not in compliance with codes — 3 months @ $650 $ 1,350.00
(3) Damage to furniture — not proven 0 CT Page 12131
 (4) Breach of quiet enjoyment and emotional distress not proven 0
(5) Moving expenses $ 126.75
(6) Costs
 Filing Fee $ 185.00 Marshal's Fee $ 44.51 __________
TOTAL $ 2,653.41
 ___________________ D. Michael Hurley Judge Trial Referee
CT Page 12132